UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SCWORX CORP. DERIVATIVE
LITIGATION,

20-cv-6760 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

This case is dismissed pursuant to the entry of final judgment in the related lead case. See ECF No. 33, No. 20-cv-4554.

SO ORDERED.

Dated:   New York, New York
         November 3, 2022

_____
John G. Koeltl
United States District Judge